| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | Willis M. Wagner (SBN 310900)<br>Sean A. Newland (SBN 300928)<br>Rocco Pallin (SBN 360385)<br>GREENBERG TRAURIG, LLP<br>400 Capitol Mall, Suite 2400<br>Sacramento, CA 95814<br>Telephone: (916) 442-1111<br>Facsimile: (916) 448-1709<br>will.wagner@gtlaw.com<br>sean.newland@gtlaw.com<br>rocco.pallin@gtlaw.com |
| 7<br>8 | Attorneys for Defendant<br>TRINIDAD BENHAM CORP. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY TOMASSIAN<br><br>Plaintiff,<br><br>v.<br><br>BETTER LIVING BRANDS, LLC, SAFEWAY, INC., TRINIDAD BENHAM CORP., and PRANA IMPORTS, INC. d/b/a PRANA GOURMET FOODS,<br><br>Defendants. | Case No. 3:25-cv-05175-RS<br><br>**STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE SECOND AMENDED CLASS ACTION COMPLAINT, TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND FOR BRIEFING SCHEDULE ON MOTION TO DISMISS**<br><br>Complaint Filed: June 18, 2025<br>Amended Complaint Filed: August 18, 2025 |

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure and Local Rule 6-2, Plaintiff Mary Tomassian ("Plaintiff") and Defendants Better Living Brands, LLC and Safeway, Inc., Trinidad Benham Corp. ("Trinidad"), and Prana Imports, Inc. ("Prana") (with Original Defendants and Trinidad, "Defendants", and Plaintiff and Defendants collectively, the "Parties"), by and through their undersigned counsel, stipulate as follows:

WHEREAS, on June 18, 2025, Plaintiff filed the initial complaint in this case against defendants Better Living Brands, LLC and Safeway, Inc. ("Original Defendants");

WHEREAS, Plaintiff and Original Defendants filed a Stipulation to Extend Time to Answer or Respond to the Complaint on July 11, 2025, extending Original Defendants' responsive pleading deadline August 14, 2025;

WHEREAS, on August 13, 2025, pursuant to a stipulation between Plaintiff and Original Defendants, the Court granted Plaintiff leave to file a First Amended Class Action Complaint ("FAC") on or before August 18, 2025, ordered Original Defendants to respond to the FAC within 35 days of the filing of the FAC, continued the Initial Case Management Conference ("CMC") to October 16, 2025, and order Plaintiff and Original Defendants to file a Joint Case Management Statement by October 9, 2025;

WHEREAS, Plaintiff filed the FAC on August 18, 2025, adding defendants Trinidad and Prana;

WHEREAS, on September 19, 2025, pursuant to a stipulation between Plaintiff and Original Defendants, the Court ordered Original Defendants' deadline to respond to the FAC extended to October 22, 2025, and the CMC continued to December 4, 2025;

WHEREAS, pursuant to stipulations between Plaintiff and Trinidad on October 1, 2025, and Plaintiff and Prana on October 6, 2025, Trinidad and Prana's deadlines to respond to the FAC were extended to October 22, 2025—the same deadline as Original Defendants;

WHEREAS, on October 14, 2025, Plaintiff and Trinidad met and conferred about typographical errors in the FAC relating to the labeling claims and testing attributed to the product at issue in the FAC, and Plaintiff's theory of liability based on alleged affirmative misrepresentations, and Plaintiff indicated her desire to address those typographical errors and remove that theory of liability from the FAC before Defendants' deadline to file their contemplated Motion to Dismiss for Failure to State a Claim under Fed. R. Civ. P. 12(b)(6) ("Motion to Dismiss");

WHEREAS, Defendants have stipulated to Plaintiff filing a Second Amended Class Action Complaint ("SAC") on the understanding that the only revisions will be to correct the typographical errors and to remove the theory of liability based on alleged affirmative misrepresentations;

WHEREAS, the Parties have agreed that Plaintiff shall file the SAC within five (5) court days of the Court granting this Stipulation;

WHEREAS, the Parties have met and conferred and stipulated to the briefing schedule outlined below for Defendants' Motion to Dismiss;

WHEREAS, the Parties request this Court continue the CMC to March 6, 2026, or as soon thereafter as is convenient, to allow time for the pleadings in this case to be settled before the conference;

WHEREAS, in the interest of judicial economy and efficiency, to avoid needless briefing of a motion to dismiss the FAC (which will be superseded by the proposed SAC), and to obviate the need for motion practice on a request for leave to amend, Defendants stipulate to the filing of the SAC, with all their respective rights being reserved and without conceding the validity of the SAC;

THEREFORE, IT IS HEREBY AGREED AND STIPULATED THAT:

1. Plaintiff shall file her Second Amended Class Complaint within five (5) court days of the Court's order approving this Stipulation;
2. Defendants' motion to dismiss the Second Amended Class Action Complaint shall be filed within twenty (20) court days after the Second Amended Class Action Complaint is filed;
3. Plaintiff's opposition to a motion to dismiss, if any, shall be filed within twenty (20) court days after the motion to dismiss is filed;
4. Defendant's reply brief in support of a motion to dismiss, if any, shall be filed within fifteen (15) court days after the opposition is filed;
5. The Initial Case Management Conference is hereby continued to March 5, 2026, at 10:00 a.m. PT; and
6. The Joint Case Management Statement shall be filed by February 26, 2026.

///
///
///

| | | |
|---|---|---|
| 1 | Dated: October 17, 2025 | **GREENBERG TRAURIG, LLP** |
| 2 | | |
| 3 | | By: */s/Willis M. Wagner* |
| | | Willis M. Wagner |
| 4 | | Sean A. Newland |
| | | Rocco Pallin |
| 5 | | Attorneys for Trinidad Benham Corp |

Dated: October 17, 2025            **DTO LAW**

By: */s/Megan O'Neill*
    Megan O'Neill

Attorney for Better Living Brands, LLC and Safeway, Inc.

Dated: October 17, 2025            **KAPLITT LEGAL CONSULTING**

By: */s/Stephen Kaplitt*
    Stephen Kaplitt

Attorney for Prana Imports, Inc.

Dated: October 17, 2025            **BRYSON HARRIS SUICIU & DEMAY PLLC**

By: */s/Trenton R. Kashima*
    Trenton R. Kashima

Attorneys for Plaintiff and the
Proposed Class

## CIVIL LOCAL RULE 5-1(i)3 ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I, Willis M. Wagner, obtained concurrence in the filing of this document from signatories Megan O'Neill, Stephen Kaplitt, and Trenton R. Kashima.

*/s/Willis M. Wagner*
Willis M. Wagner

1 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October  20 , 2025        By: _____
                                    Hon. Richard Seeborg
                                    UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED AS MODIFIED*
*Judge Richard Seeborg*