Trenton R. Kashima (SBN 291405)
tkashima@brysonpllc.com
**BRYSON HARRIS SUCIU
& DEMAY PLLC**
19800 MacArthur Blvd., Suite 270
Irvine, CA 92101
Tel: (212) 946-9389

*Attorneys for Plaintiff and the Putative Class*

[*Joint Filing - See signature page for additional Plaintiff's Counsel and Defendant's Counsel*]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY TOMASSIAN, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>BETTER LIVING BRANDS LLC and SAFEWAY, INC., TRINIDAD BENHAM CORP., PRANA IMPORTS, INC. d/b/a PRANA GOURMET FOODS,<br><br>    Defendants. | CASE NO. 3:25-cv-05175-RS<br><br>Honorable Richard Seeborg<br><br>**JOINT STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Mary Tomassian ("**Plaintiff**") and Defendants Better Living Brands, LLC, Safeway, Inc., Trinidad Benham Corp., and Prana Imports, Inc. d/b/a Prana Gourmet Foods ("**Defendants**") (collectively, the "Parties"), the parties to the above-entitled action, hereby submit this Joint Stipulation of Dismissal. The parties stipulate and agree to dismiss this action, with prejudice, with each party to bear its own costs, fees, and expenses.

DATED: March 7, 2026                    BRYSON HARRIS SUCIU & DEMAY PLLC


                                        By: */s/ Trenton R. Kashima*
                                            Trenton R. Kashima

                                        Attorneys for Plaintiff
                                        MARY TOMASSIAN

| | | |
|---|---|---|
| 1 | DATED: March 7, 2026 | GREENBERG TAURIG, LLP |
| 2 | | |
| 3 | | By: */s/ Sean A. Newland* |
| 4 | | Willis M. Wagner<br>Sean A. Newland<br>Rocco Pallin |
| 5 | | Attorneys for Defendant |
| 6 | | Trinidad Benham Corp. |
| 7 | | |
| 8 | | |
| 9 | DATED: March 7, 2026 | DTO LAW |
| 10 | | |
| 11 | | By: */s/ Megan O'Neil*<br>Megan O'Neill |
| 12 | | Attorney for Defendants<br>Better Living Brands and Safeway, Inc. |
| 13 | | |
| 14 | DATED: March 7, 2026 | KAPLITT LEGAL CONSULTING |
| 15 | | |
| 16 | | By: */s/ Stephen Kaplitt*<br>Stephen Kaplitt |
| 17 | | Attorney for Defendant |
| 18 | | Prana Imports, Inc. d/b/a<br>Prana Gourmet Foods |

**ATTESTATION OF FILER**

I, Trenton R. Kashima, am the ECF user whose ID and password are being used to file this stipulation in compliance with Local Rule 5-1(i)(3). I hereby attest that the concurrence of the filing of this document has been obtained from each of the other signatories indicated by a conformed signature (/s/) within this document.

DATED: March 7, 2026                By:   /s/  *Trenton R. Kashima*
                                          Trenton R. Kashima

**[PROPOSED] ORDER**

The Clerk of Court is directed to dismiss this matter. All other existing dates and deadlines are hereby vacated.

IT IS SO ORDERED.

DATED: _____

                                                                        _____
                                                                        Richard Seeborg
                                                                        United States District Judge

CASE NO. 3:25-cv-05175-RS
JOINT STIPULATION OF DISMISSAL